**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **INDICTMENT NO. 4:25-CR-157-3** |
| | ) | |
| **GERTRICIA DUGGER** | ) | |

**ORDER**

The Government moves to correct the spelling of Defendant Dugger's name on the superseding indictment and docket. (Doc. 109.) The Government represents Defendant Dugger's name is spelled "Gertrica" rather than "Gertricia" as indicated on the superseding indictment. *Id*. As "amendments [to an indictment] that are merely a matter of form [including misnomers] are freely permitted" [*United States v. Johnson*, 741 F.2d 1338, 1341 (11th Cir. 1984).] the Court hereby **GRANTS** the Government's motion and **DIRECTS** the clerk to file the amended superseding indictment included as an attachment to Document 109 as the operative charging instrument in this matter.

This 20th day of October 2026.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA